# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LANELL SMITH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9464** |
| **MICHAEL TENSLEY, ET AL.** | **SECTION: D (3)** |

## ORDER

On September 4, 2018, Plaintiff filed suit against Defendant in the Orleans Parish Civil District Court alleging injuries resulting from an automobile accident (R. Doc. 1-2). Plaintiff was represented by attorney Vanessa Motta. The matter was removed to this court on October 12, 2018 (R. Doc. 1). On August 20, 2019, the matter was stayed by this Court (R. Doc. 32). Plaintiff's counsel eventually filed a Motion to Withdraw, which the Court granted (R. Doc. 34). The Court then issued an Order advising Plaintiff that she was no longer represented and giving her approximately one month to have new counsel enroll or advise the Court whether Plaintiff would be proceeding pro se (R. Doc. 35). After several extensions granted by the Court, Plaintiff sent a handwritten letter to the Court advising "I intend to find new counsel. Please allow me extra time." (R. Doc. 42). The Court then issued another Order allowing Plaintiff a further extension until Wednesday, May 14, 2025, to enroll new counsel. (R. Doc. 43). No new counsel for Plaintiff has enrolled as of the date of this Order.

The Court moves forward under the premise that the Plaintiff has chosen to proceed pro se.

This matter has now been pending for years. Understandably, for much of the time, the matter was stayed. However, the matter has been returned to the Court's active docket since February 2025.

Accordingly,

**IT IS HEREBY ORDERED** that the Stay previously ordered is lifted.

**IT IS FURTHER ORDERED** that a Scheduling Conference will be held on the 4th day of June, 2025 at 10:30 AM with the Court's Case Manager to select trial and pretrial dates in the matter.

**IT IS FURTHER ORDERED** that the Clerk's Office shall send a copy of this Order to Lanell Smith via regular and certified mail to the following address:

> 630 S. Rendon Street
> New Orleans, LA 70119

New Orleans, Louisiana, May 21, 2025.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**