UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | |
|---|---|
| **LANELL SMITH, ET AL** | **CIVIL ACTION NO. 2:18-cv-09464** |
| **VERSUS** | **SECTION "D" (3)** |
| **MICHAEL TENSLEY, ET AL** | **JUDGE WENDY B. VITTER** |

### PLAINTIFF'S MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Lanell Smith, who respectfully requests that this Court enroll John Richards (La. No. 35979) of Richards Law LLC as counsel of record on her behalf.

Plaintiff, Lanell Smith, is currently representing herself pro se in the above captioned case. Plaintiff has hired the undersigned John Richards of Richards Law LLC (La. No. 35979) as counsel to protect Plaintiff's interests in this case. Plaintiff understands the time sensitive nature of her case and asks this Court to enroll John Richards of Richards Law LLC as counsel of record on her behalf and lead attorney to be noticed.

**WHEREFORE,** Plaintiff, Lanell Smith, prays for an order enrolling John Richards (La Bar No. 35979) of Richard Law, LLC as counsel of record for Plaintiff and receive notification of all filings through the CM/ECF system.

Respectfully Submitted,

John Richards (La. 35979)
Richards Law LLC
6508 Fleur De Lis Dr.
New Orleans, LA 70124
Telephone: (504) 410-7393
Email: John@yourlawyerjohn.com

BY:  ____/s/ *John Richards*_____
JOHN RICHARDS, NO. LA35979

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 25th day of June, 2025, served a copy of the foregoing on all counsel of record to this proceeding, by placing same in the U.S. Mail, properly addressed and postage prepaid and/or sending via facsimile, electronic mail, or hand delivery.

                        ____/s/ *John Richards*_____
                        JOHN RICHARDS, NO. LA35979